IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

------------------------------------------------------------X
MARY CONNER, individually and as the
representative of a class of similarly situated persons,

         Plaintiff,

                 Case No. 3:22-cv-321-RJC-DCK

      - against -

K & J MANAGEMENT, LLC and
MILKBREAD, LLC,

         Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

  Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against K & J Management, LLC and Milkbread, LLC. No Answer has been filed in this case.

  This is the 29th day of September, 2022

            LAW OFFICES OF SANJAY R. GOHIL, PLLC

            By:___/s/ Sanjay R. Gohil_____
              Sanjay R. Gohil
              NC State Bar No. 24250
              2435 Plantation Center Drive, Suite 200
              Matthews, NC 28105
              Telephone: (704) 814-0729
              Facsimile: (704) 814-0730
              E-mail: srg@gohillaw.com

            - And -

SHAKED LAW GROUP, P.C.

By:*/s/Dan Shaked*_____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com

Counsel for Plaintiff

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 29th day of September 2022, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

      By:\_\_\_/s/ Sanjay R. Gohil_____
      Sanjay R. Gohil
      NC State Bar No. 24250
      2435 Plantation Center Drive, Suite 200
      Matthews, NC 28105
      Telephone: (704) 814-0729
      Facsimile: (704) 814-0730
      E-mail: srg@gohillaw.com

      *Attorney for Plaintiff Mary Conner*